IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MONZER AL KASSAR,,** | } |
| Plaintiff, | } |
| v. | } Case No.: 2:13-CV-01542-RDP-HGD |
| **FEDERAL BUREAU OF PRISONS, et al.,** | } |
| Defendant. | } |

## MEMORANDUM OPINION

On September 4, 2013, the Magistrate Judge's Report and Recommendation was entered recommending that this case be transferred to the United States District Court for the Southern District of Indiana. (Doc. # 3). The parties were allowed therein fifteen days in which to file objections to the recommendations made by the Magistrate Judge. No objections have been filed by either party.

After careful and independent consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge and it is, therefore, **ORDERED**, **ADJUDGED** and **DECREED** that this case is **TRANSFERRED** to the United States District Court for the Southern District of Indiana. A separate order will be entered.

**DONE** and **ORDERED** this ___30th___ day of September, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE